AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Richard Edward Sofinowski<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  A:14-CR-0022-LY |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Richard Edward Sofinowski,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  21:846 & 841 - Conspiracy and Distribution of Methamphetamine and Controlled Substance

Date:     01/21/2014

*Issuing officer's signature*

City and state:    Austin, TX

Jennifer Williams, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*