UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JAN 27 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: AU:14-CR-00022(1)-LY |
| (1) Richard Edward Sofinowski | § | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_Richard E Sofinowski_

Date: _1-27-14_

_David Reynolds_
Attorney Signature

_David Reynolds_
Printed name and bar number

_1012 Rio Grande_
Address

_davidreynolds@mail.com_
E-mail address

_512-472-1963_
Telephone number

_512-472-4102_
FAX number