FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2014 MAR -6  PM 4: 03

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES OF AMERICA          §
                                  §
                                  §
VS.                               §    CRIMINAL NO. A-14-CR-022-LY
                                  §
                                  §
(01) RICHARD EDWARD SOFINOWSKI    §
(02) ARZA DEMI                    §


ORDER

Before the Court is Defendant Richard Edward Sofinowski's Unopposed Motion For Continuance (Doc. #40) filed on March 6, 2014. Having considered the motion, which is unopposed by the Government and Counsel for Defendant Arza Demi, the Court is of the opinion that the motion should be granted as to both Defendants.

**ACCORDINGLY, IT IS ORDERED that the motion for continuance is GRANTED as to both Defendants. The hearing on all pending pretrial motions and docket call is May 1, 2014, at 9:00AM. Jury selection and trial is May 12, 2014, at 9:00AM. Further, the deadline for filing pretrial motions is April 16, 2014.**

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant(s) additional time for pretrial preparation outweighs the best interest of the public and the Defendant(s) in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would deny counsel for the Defendant(s) the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(7). Thus, the Court finds that the time between the previous trial setting of April 7, 2014, and the new setting of May 12, 2014, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS FURTHER ORDERED that counsel for the Defendant(s) shall notify the Defendant(s) of all Court settings and, if the Defendant(s) is on bond, advise the Defendant(s) that he/she must be present on the dates and times specified in this Order.

SIGNED this **6th** day of March, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE